**Opinion filed February 11, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00189-CR
_____

## DAMIAN DESHAWN ARCHIE, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 12th District Court**

**Walker County, Texas**

**Trial Court Cause No. 24854**

## M E M O R A N D U M   O P I N I O N

Damian Deshawn Archie entered an open plea of guilty to the first-degree felony offense of possession of a controlled substance with intent to deliver. He additionally entered a plea of "true" to a previous felony conviction alleged for enhancement purposes. After accepting appellant's pleas, the trial court sentenced him to confinement in the Institutional Division of the Texas Department of Criminal Justice for a term of fifteen years.[1] We dismiss the appeal.

---

[1]Based upon appellant's prior felony conviction, a sentence of fifteen years constituted the minimum term of confinement under the applicable punishment range. TEX. PENAL CODE ANN. § 12.42(c)(1) (Vernon Supp. 2010).

Appellant's court-appointed counsel has filed a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and states that he has concluded that the appeal is frivolous. Counsel has provided appellant with a copy of the brief and advised appellant of his right to review the record and file a response to counsel's brief. A response has not been filed.[2] Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969); and *Eaden v. State*, 161 S.W.3d 173 (Tex. App.—Eastland 2005, no pet.).

Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree that the appeal is without merit and should be dismissed. *Schulman*, 252 S.W.3d at 409. We note that counsel has the responsibility to advise appellant that he may file a petition for discretionary review by the Texas Court of Criminal Appeals. TEX. R. APP. P. 48.4 ("In criminal cases, the attorney representing the defendant on appeal shall, within five days after the opinion is handed down, send his client a copy of the opinion and judgment, along with notification of the defendant's right to file a pro se petition for discretionary review under Rule 68."). Likewise, this court advises appellant that he may file a petition for discretionary review pursuant to TEX. R. APP. P. 68.

The motion to withdraw is granted, and the appeal is dismissed.

PER CURIAM

February 11, 2011

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.

---

[2]By letter, this court granted appellant thirty-one days in which to exercise his right to file a response to counsel's brief, should he be so inclined. Appellant did not file a response.
.

2